UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

v.  Case No.:   2:21-cr-80-SPC-NPM

ABEL KAREL PEREZ PAULI

### ORDER

Before the Court is Defendant Abel Karel Perez Pauli's Unopposed Motion for Early Termination of Probation. (Doc. 71). For the following reasons, the motion is granted.

Defendant pled guilty to one count of access device fraud and one count of aggravated identity theft. The Court sentenced him to five-years' probation. (Doc. 63). He has completed two years of his probation term and is on the administrative caseload. He now requests that the Court terminate his probation. (Doc. 71).

Defendant is 46 years old. (*Id.*). He and his wife are raising two minor children. Additionally, Defendant has maintained stable employment as a truck driver. He has had no violations or modifications of his probation and has successfully completed all of the specific conditions of probation. Neither the Government nor the United States Probation Office oppose his request.

"The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)[,]

> (1) terminate a term of probation and discharge the defendant at any time after the expiration of one year of probation, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

18 U.S.C. § 3583(e)(1).

After considering the law against the record, the Court will end Defendant's probation early. Defendant has complied with all the terms and conditions imposed by the Court. He has served two of five years of his sentence of probation without incident. He is gainfully employed. Neither the Government nor the Probation Office object to terminating his probation early. The Court thus finds that early termination of Defendant's probation is in the best interests of justice, Defendant, and the public.

Accordingly, it is

**ORDERED**:

Defendant Abel Karel Perez Pauli's Unopposed Motion for Early Termination of Probation (Doc. 71) is **GRANTED**. Defendant's probation shall terminate on June 30, 2025.

**DONE** and **ORDERED** in Fort Myers, Florida on June 20, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record